Case No. CV 09-6002-JST (PLAx)　　　　　　　　　　　　Date: June 8, 2011
Title: AARIN SCHLOSBERG, et al. v. FATEMAH PARSIA, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:　　ATTORNEYS PRESENT FOR DEFENDANT:

　Not Present　　　　　　　　　　　　　　　　　Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO FILE A MEMORANDUM OF CONTENTIONS OF FACT AND LAW**

　　　On October 20, 2010, the Court issued an Order on Jury Trial that ordered the parties to file a Memorandum of Contentions of Fact and Law no later than twenty-one (21) days before the Final Pretrial Conference. (Order on Jury Trial, Doc. 38.) To date, the Court has not received a Memorandum of Contentions of Fact and Law from any party.

　　　Accordingly, the Court orders all counsel to show cause why the Court should not dismiss this matter, enter a default, and/or impose sanctions for counsel's failure to timely file the referenced trial document. No later than **June 9, 2011 at 5:00 p.m.**, counsel shall file the document and a separate written response explaining their disregard of the Court's Order on Jury Trial.

　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer: enm